UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In re:                                         )   Case No. 09-26402
    BATES PLUMBING COMPANY, INC.   )
                                               )
                                               )
                                               )
                                               )
                                               )
                          Debtor(s)   )

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>RICHARD M. FOGEL</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m. on April 26, 2012 in Courtroom 680**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: <u>March 23, 2012</u>       By: <u>/s/ Richard M. Fogel</u>
                                                                      Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: BATES PLUMBING COMPANY, INC. § Case No. 09-26402
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 48,837.79 |
| and approved disbursements of | $ 18,468.35 |
| leaving a balance on hand of [1] | $ 30,369.44 |
| **Balance on hand:** | $ 30,369.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | Department of the Treasury | 117,195.95 | 117,195.95 | 0.00 | 19,798.24 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 19,798.24 |
| Remaining balance: | $ | 10,571.20 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 5,633.78 | 0.00 | 5,633.78 |
| Trustee, Expenses - RICHARD M. FOGEL | 22.42 | 0.00 | 22.42 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 4,915.00 | 0.00 | 4,915.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 10,571.20 |
| Remaining balance: | $ | 0.00 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses: $    0.00
    Remaining balance: $    0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $94,252.17 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 4,154.55 | 0.00 | 0.00 |
| 3P | Department of the Treasury | 90,097.62 | 0.00 | 0.00 |

    Total to be paid for priority claims: $    0.00
    Remaining balance: $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 219,478.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 760.00 | 0.00 | 0.00 |
| 4 | Plumbers Pension etc., et al. | 15,116.82 | 0.00 | 0.00 |
| 5 | Jerry Haggerty Chevrolet, Inc. | 740.42 | 0.00 | 0.00 |
| 6 | Tri Count Digital Blueprint, Inc. | 431.94 | 0.00 | 0.00 |
| 7 | Kieft Brothers | 7,496.19 | 0.00 | 0.00 |
| 8 | Employers Mutual Casualty Company | 186,259.94 | 0.00 | 0.00 |
| 9 | Tivoli Enterprises, Inc | 8,673.51 | 0.00 | 0.00 |

    Total to be paid for timely general unsecured claims: $    0.00
    Remaining balance: $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Case 09-26402    Doc 38    Filed 03/23/12    Entered 03/25/12 23:30:44    Desc Imaged
                            Certificate of Notice    Page 4 of 7


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $    0.00
Remaining balance:   $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00
Remaining balance:   $    0.00

Prepared By: /s/RICHARD M. FOGEL
                            Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                            Case No. 09-26402-JPC
Bates Plumbing Company, Inc.                                      Chapter 7
       Debtor               CERTIFICATE OF NOTICE
District/off: 0752-1          User: esullivan              Page 1 of 3                  Date Rcvd: Mar 23, 2012
                              Form ID: pdf006              Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2012.
db           +Bates Plumbing Company, Inc.,    c/o Leslie Bates,    8111 Independence Drive,
               Willow Springs, IL 60480-1015
14189366      AT&T,   P.O Box 8100,   Aurora, IL 60507-8100
14189367     +Banner Plumbing Supply,    c/o Anthony Suizzo,    1701 East Lake Ave., Suite 310,
               Glenview, IL 60025-2061
14189368     +Banner Plumbing Supply Co.,    7255 Cottage Grove Avenue,    Chicago, IL 60619-1299
14189369     +Caterpillar Financial Ser.,    2120 West End Ave.,    P.O. Box 340001,    Nashville, TN 37203-0001
14189370     +Caterpillar Financial Services Corp,    Daniel Rubin,    Statman Harris & Eyrich LLC,
               200 W Madison Street Ste 3820,    Chicago, IL 60606-3465
14189371     +Chicago Journeymen Plumbers' Local,    1340 W. Washington Blvd.,    Chicago, IL 60607-2131
14189372     +City of Chicago,   Revenue Dept,   121 N LaSalle,    Chicago, IL 60602-1266
14189374     +Contractor Express, Inc.,    7475 S. Madison St.,    Willowbrook, IL 60527-7614
14189375      D. Patrick Mullarkey,   Tax Division DOJ, P.O. Box 55,    Ben Franklin Station,
               Washington, DC 20044
14797030     +Employers Mutual Casualty Company,    c/o Leo & Weber, PC,    1 N LaSalle St Ste 3600,
               Chicago, Illinois 60602-4015
14189378     +Fleet Fueling,   PO Box 15325,   Wilmington, DE 19886-5325
14189380      Home Depot,   P.O. Box 6029,   The Lakes, NV 88901-6029
14189381     +Illinois Department of Employment,    33 S. State, 9th Floor,    Chicago, IL 60603-2806
14291830     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
17343651      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14189382     +Illinois Department of Revenue,    100 W Randolph 7th Floor,    Bankruptcy Unit,
               Chicago, IL 60601-3290
14189384     +J & A Cartage, Inc.,   P.O. Box 52,   Lyons, IL 60534-0052
14189385     +James T. Sullivan,   c/o Lewis, Overbeck & Furman LLP,    20 N. Clark st., Suite 3200,
               Chicago, IL 60602-5093
14189386     +Jerry Haggerty Chevrolet, Inc.,    300 W. Roosevelt Rd.,    Glen Ellyn, IL 60137-5621
14189387     +Kara Company, Inc.,   5255 Dansher Rd.,    La Grange, IL 60525-3123
14189388     +Kieft Brothers,   837 Riverside,   Elmhurst, IL 60126-4964
14189389     +Leo & Weber, P.C.,   1 N. LaSalle St.,    Chicago, IL 60602-4015
14189390     +Leslie Bates,   8111 Independence Drive,    Willow Springs, IL 60480-1015
14189391     +M. Cooper Supply Co.,    8605 Spring Lake Dr.,   Mokena, IL 60448-8164
14189392     +Mark Krason,   2442 184th Street,   Lansing, IL 60438-2722
14189393     +Ozinga Chicago RMC Inc,    P.O. Box 16800,   Chicago, IL 60616-0800
14189394     +Parkside Insulations, Inc,    1319 S Schoolhouse Rd., #1,    New Lenox, IL 60451-3307
14189395     +Patten Industries, Inc.,    635 W. Lake St.,   Elmhurst, IL 60126-1465
14437679     +Plumbers Pension etc., et al.,    c/o Douglas Lindsay,    Lewis, Overbeck,
               20 North Clark Street, Suite 3200,    Chicago, IL 60602-5093
14189397     ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
              (address filed with court: Sprint,    P.O. Box 4191,    Carol Stream, IL 60197-4191)
14189396     +Special Interest Answering Service,    5120 Forest Ave,    Downers Grove, IL 60515-4608
14189398     +TCF Nat'l Bank,   800 Burr Ridge Parkway,    Willowbrook, IL 60527-6486
14189401     ++++TIVOLI ENTERPRISES, INC,    603 ROGERS ST FL 1,    DOWNERS GROVE IL 60515-3774
              (address filed with court: Tivoli Enterprises, Inc,     603 Rogers St,    Downers Grove, IL 60515)
14189400     +Time Savers, Inc,   c/o Teller Levit Silvertrust, P.C.,    11 East Adam St.,
               Chicago, IL 60603-6301
14189403     +United States Attorney,    219 S. Dearborn St.,   Chicago, IL 60604-1708
14189404     +William Quinn,   11370 S Oakley,   Chicago, IL 60643-4139
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14189373      E-mail/Text: legalcollections@comed.com Mar 23 2012 19:42:33     ComEd,    P.O. Box 6111,
               Carol Stream, IL 60197-6111
14189379      E-mail/Text: SCD_BankruptcyNotices@Grainger.com Mar 23 2012 19:44:55     Grainger,
               Dept. 856885603,   Palatine, IL 60038-0001
14189376      E-mail/Text: cio.bncmail@irs.gov Mar 23 2012 19:26:53     Department of the Treasury,
               Internal Revenue Service,   PO Box 21126,   Philadelphia, PA 19114
14189377      E-mail/Text: cio.bncmail@irs.gov Mar 23 2012 19:26:53     District Director IRS,    230 S Dearborn,
               Chicago, IL 60604
14189383      E-mail/Text: cio.bncmail@irs.gov Mar 23 2012 19:26:53     Internal Revenue Service,
               Kansas City, MO 64999
                                                                                              TOTAL: 5


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14712067*     Kieft Brothers,   837 Riverside,   Elmhurst, IL 60126-4964
14189399    ##+Time Savers, Inc,   835 N Industrial Dr,   Elmhurst, IL 60126-1107
14189402    ##+Tri Count Digital Blueprint, Inc.,   2561 Ogden Ave.,   Downers Grove, IL 60515-1708
                                                                                              TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: esullivan             Page 2 of 3                   Date Rcvd: Mar 23, 2012
                               Form ID: pdf006             Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 25, 2012**                          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: esullivan              Page 3 of 3                  Date Rcvd: Mar 23, 2012
                              Form ID: pdf006              Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2012 at the address(es) listed below:

```
              Brian T Bedinghaus    on behalf of Creditor   Plumbers Pension Fund Local 130 U.A. et al
               bbedinghaus@ralaw.com,   casedocket@ralaw.com
              Daniel  Rubin    on behalf of Creditor   Caterpillar Financial Services Corporation
               drubin@howardandhoward.com
              Douglas A. Lindsay    on behalf of Creditor   Plumbers Pension Fund Local 130 U.A. et al
               dlindsay@ralaw.com,   rparizek@ralaw.com,skoutsis@ralaw.com,casedocket@ralaw.com
              John W. Loseman    on behalf of Creditor   Plumbers Pension Fund Local 130 U.A. et al
               jloseman@ralaw.com,   skoutsis@ralaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M Fogel    rfogel@shawgussis.com,   IL72@ecfcbis.com
              Timothy M Hughes    on behalf of Debtor   Bates Plumbing Company, Inc. thughes@lavellelaw.com
                                                                                             TOTAL: 7
```