**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: BATES PLUMBING COMPANY, INC.       § Case No. 09-26402
                                          §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $0.00                         Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $34,798.24      Claims Discharged
                                                 Without Payment: $313,730.99

Total Expenses of Administration: $14,039.55

---

   3) Total gross receipts of $   48,837.79   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $48,837.79 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $126,088.00 | $132,944.91 | $132,944.91 | $34,798.24 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 24,610.75 | 24,610.75 | 14,039.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,016.00 | 94,252.17 | 94,252.17 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 27,731.56 | 219,478.82 | 219,478.82 | 0.00 |
| **TOTAL DISBURSEMENTS** | $155,835.56 | $471,286.65 | $471,286.65 | $48,837.79 |

4) This case was originally filed under Chapter 7 on July 21, 2009. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/01/2012          By: /s/RICHARD M. FOGEL
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Financial accounts, financial institution shares | 1129-000 | 42.20 |
| Financial accounts, financial institution shares | 1129-000 | 26,252.82 |
| Autos, trucks, trailers, other vehicles, access. | 1129-000 | 5,100.00 |
| Business machinery- Excavator | 1129-000 | 15,000.00 |
| Business equipment- Tools | 1129-000 | 2,440.00 |
| Interest Income | 1270-000 | 2.77 |
| **TOTAL GROSS RECEIPTS** | | **$48,837.79** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Caterpillar Financial Ser. | 4210-000 | 19,088.00 | 15,748.96 | 15,748.96 | 15,000.00 |
| 3S | Department of the Treasury | 4300-070 | 107,000.00 | 117,195.95 | 117,195.95 | 19,798.24 |
| **TOTAL SECURED CLAIMS** | | | **$126,088.00** | **$132,944.91** | **$132,944.91** | **$34,798.24** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 5,633.78 | 5,633.78 | 0.00 |
| RICHARD M. FOGEL | 2200-000 | N/A | 22.42 | 22.42 | 0.00 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 4,915.00 | 4,915.00 | 0.00 |
| R.M.C. Industrial | 3620-000 | N/A | 3,280.66 | 3,280.66 | 3,280.66 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.88 | 2.88 | 2.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 8.25 | 8.25 | 8.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 26.56 | 26.56 | 26.56 |
| RICHARD M. FOGEL | 2100-000 | N/A | 5,633.78 | 5,633.78 | 5,633.78 |
| RICHARD M. FOGEL | 2200-000 | N/A | 22.42 | 22.42 | 22.42 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 4,915.00 | 4,915.00 | 4,915.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $24,610.75 | $24,610.75 | $14,039.55 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 5800-000 | 2,016.00 | 4,154.55 | 4,154.55 | 0.00 |
| 3P | Department of the Treasury | 5800-000 | N/A | 90,097.62 | 90,097.62 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,016.00 | $94,252.17 | $94,252.17 | $0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 7100-000 | N/A | 760.00 | 760.00 | 0.00 |
| 4 | Plumbers Pension etc., et al. | 7100-000 | 15,098.56 | 15,116.82 | 15,116.82 | 0.00 |
| 5 | Jerry Haggerty Chevrolet, Inc. | 7100-000 | 741.00 | 740.42 | 740.42 | 0.00 |
| 6 | Tri Count Digital Blueprint, Inc. | 7100-000 | 113.00 | 431.94 | 431.94 | 0.00 |
| 7 | Kieft Brothers | 7100-000 | 7,200.00 | 7,496.19 | 7,496.19 | 0.00 |
| 8 | Employers Mutual Casualty Company | 7100-000 | N/A | 186,259.94 | 186,259.94 | 0.00 |
| 9 | Tivoli Enterprises, Inc | 7100-000 | 4,579.00 | 8,673.51 | 8,673.51 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $27,731.56 | $219,478.82 | $219,478.82 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-26402  
**Case Name:** BATES PLUMBING COMPANY, INC.  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 07/21/09 (f)  
**§341(a) Meeting Date:** 08/28/09  

**Period Ending:** 06/01/12  
**Claims Bar Date:** 12/01/09  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Financial accounts, financial institution shares | 0.00 | 0.00 | | 42.20 | FA |
| 2 | Financial accounts, financial institution shares (See Footnote) | 28,919.00 | 28,919.00 | | 26,252.82 | FA |
| 3 | Accounts receivable | 0.00 | 0.00 | | 0.00 | 0.00 |
| 4 | Accounts receivable | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Accounts receivable | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6 | Customer lists or other compilations | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7 | Autos, trucks, trailers, other vehicles, access. | 8,000.00 | 10,000.00 | | 5,100.00 | 0.00 |
| 8 | Office equipment, furnishings, and supplies | 250.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Business machinery- Excavator | 75,000.00 | 40,000.00 | | 15,000.00 | FA |
| 10 | Business machinery- Backhoe | 48,000.00 | 25,000.00 | | 0.00 | 0.00 |
| 11 | Business equipment- Tools | 5,000.00 | 1,000.00 | | 2,440.00 | FA |
| 12 | Inventory | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13 | Other personal property of any kind | 0.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 2.77 | FA |
| 14 | Assets Totals (Excluding unknown values) | $165,169.00 | $104,919.00 | | $48,837.79 | $0.00 |

RE PROP# 2   Subject to encumbrance that expires 12/31/2011

**Major Activities Affecting Case Closing:**

Encumbrance on certificate of deposit expired 12/31/2011. Trustee seeking turnover of funds.

**Initial Projected Date Of Final Report (TFR):** December 31, 2010       **Current Projected Date Of Final Report (TFR):** March 23, 2012 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-26402  
**Case Name:** BATES PLUMBING COMPANY, INC.  
**Taxpayer ID #:** **-***8964  
**Period Ending:** 06/01/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****03-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/22/09 | {1} | HARRIS BANK | Balance on deposit | | 1129-000 | 42.20 | | 42.20 |
| 10/07/09 | | CENTURION SERVICE GROUP, LLC | Proceeds of auction sale | | | 22,540.00 | | 22,582.20 |
| | {7} | | Proceeds of auction sale | 5,100.00 | 1129-000 | | | 22,582.20 |
| | {9} | | Proceeds of auction sale | 15,000.00 | 1129-000 | | | 22,582.20 |
| | {11} | | Proceeds of auction sale | 2,440.00 | 1129-000 | | | 22,582.20 |
| 10/09/09 | | To Account #********0366 | Account Transfer | | 9999-000 | | 15,000.00 | 7,582.20 |
| 10/15/09 | | To Account #********0366 | Account Transfer | | 9999-000 | | 3,280.66 | 4,301.54 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.16 | | 4,301.70 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.18 | | 4,301.88 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.18 | | 4,302.06 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.16 | | 4,302.22 |
| 02/10/10 | | To Account #********0366 | Account Transfer | | 9999-000 | | 2.88 | 4,299.34 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.16 | | 4,299.50 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.19 | | 4,299.69 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 0.02 | | 4,299.71 |
| 04/06/10 | | Wire out to BNYM account 9200******0365 | Wire out to BNYM account 9200******0365 | | 9999-000 | -4,299.71 | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 18,283.54 | 18,283.54 | $0.00 |
| Less: Bank Transfers | -4,299.71 | 18,283.54 | |
| Subtotal | 22,583.25 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$22,583.25** | **$0.00** | |

{} Asset reference(s)

Printed: 06/01/2012 07:41 AM    V.13.02

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-26402  
**Case Name:** BATES PLUMBING COMPANY, INC.  
**Taxpayer ID #:** **-***8964  
**Period Ending:** 06/01/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****03-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/09/09 |  | From Account #********0365 | Account Transfer | 9999-000 | 15,000.00 |  | 15,000.00 |
| 10/12/09 | 101 | Caterpillar Financial Services Corp. | Proceeds of Sale of Personal Property | 4210-000 |  | 15,000.00 | 0.00 |
| 10/15/09 |  | From Account #********0365 | Account Transfer | 9999-000 | 3,280.66 |  | 3,280.66 |
| 10/19/09 | 102 | R.M.C. Industrial | Auctioneer's expenses per o/c 10-15-09 | 3620-000 |  | 3,280.66 | 0.00 |
| 02/10/10 |  | From Account #********0365 | Account Transfer | 9999-000 | 2.88 |  | 2.88 |
| 02/11/10 | 103 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 |  | 2.88 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 18,283.54 | 18,283.54 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 18,283.54 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 18,283.54 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$18,283.54** |  |

{} Asset reference(s)

Printed: 06/01/2012 07:41 AM    V.13.02

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-26402  
**Case Name:** BATES PLUMBING COMPANY, INC.  
**Taxpayer ID #:** **-***8964  
**Period Ending:** 06/01/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******03-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0365 | Wire in from JPMorgan Chase Bank, N.A. account ********0365 | 9999-000 | 4,299.71 | | 4,299.71 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.20 | | 4,299.91 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.26 | | 4,300.17 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 4,300.41 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.26 | | 4,300.67 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 4,300.92 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,300.95 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,300.98 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,301.01 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,301.04 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,301.07 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,301.10 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,301.13 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,301.16 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,301.19 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,301.22 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,301.25 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 8.25 | 4,293.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,293.03 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,268.03 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,268.06 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,243.06 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,243.09 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,218.09 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,218.12 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,193.12 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,193.15 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,168.15 |
| 01/30/12 | {2} | STATE BANK OF COUNTRYSIDE | Balance on deposit | 1129-000 | 26,252.82 | | 30,420.97 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 30,421.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 30,396.00 |
| 02/06/12 | 11001 | INTERNATIONAL SURETIES, LTD. | Bond Premium - 016026455 | 2300-000 | | 26.56 | 30,369.44 |
| 04/27/12 | 11002 | RICHARD M. FOGEL | Trustee's fees and expenses | | | 5,656.20 | 24,713.24 |
| | | | Trustee's compensation      5,633.78 | 2100-000 | | | 24,713.24 |
| | | | Trustee's expenses      22.42 | 2200-000 | | | 24,713.24 |
| 04/27/12 | 11003 | POPOWCER KATTEN, LTD. | Accountants fees | 3410-000 | | 4,915.00 | 19,798.24 |
| | | | Subtotals : | | $30,554.25 | $10,756.01 | |

{} Asset reference(s)

Printed: 06/01/2012 07:41 AM    V.13.02

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-26402 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| **Case Name:** | BATES PLUMBING COMPANY, INC. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******03-65 - Checking Account |
| **Taxpayer ID #:** | **-***8964 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 06/01/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/27/12 | 11004 | Department of the Treasury | Partial payment of secured tax claim: Ref # 36-4418964 | 4300-070 | | 19,798.24 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 30,554.25 | 30,554.25 | $0.00 |
| | | | Less: Bank Transfers | | 4,299.71 | 0.00 | |
| | | | **Subtotal** | | 26,254.54 | 30,554.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$26,254.54** | **$30,554.25** | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****03-65** | 22,583.25 | 0.00 | 0.00 |
| **Checking # ***-*****03-66** | 0.00 | 18,283.54 | 0.00 |
| **Checking # 9200-******03-65** | 26,254.54 | 30,554.25 | 0.00 |
| | **$48,837.79** | **$48,837.79** | **$0.00** |